1042

[No. 16721-9-I.  Division One.  April 20, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
MICHAEL GARRET HENSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84-1-03655-5, Robert E. Dixon, J., entered
June 24, 1985. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Williams and Coleman, JJ.

[Nos. 17678-1-I; 17679-0-I.  Division One.  April 20, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
JANICE M. McMILLAN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v.
JAMES F. McMILLAN, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 85-1-00502-0, Rosselle Pekelis, J., entered
December 11, 1985. *Reversed* by unpublished opinion per
Ringold, J., concurred in by Scholfield, C.J., and Williams,
J.

[No. 17626-9-I.  Division One.  April 20, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
SHAWN PIERRE GLOVER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 85-1-02527-6, Frank H. Roberts, Jr., J.,
entered December 17, 1985. *Affirmed* by unpublished opin-
ion per Williams, J., concurred in by Swanson and Grosse,
JJ.